COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| CROCKETT COUNTY TEXAS, | § | |
| Appellant, | § | |
| | | No. 08-19-00145-CV |
| v. | § | |
| | | Appeal from the |
| MARIA RICARDA MORALES | § | |
| DAMIAN, ANGELICA GALINDO, | | 112th District Court |
| LIDIA DOMINGUEZ, CAROLINA | § | |
| OJEDA, ROSARIO OVIEDO, | | of Crockett County, Texas |
| APOLONIO DAMIAN, MIGUEL | § | |
| ANGEL DAMIAN, AND GENE | | (TC# 19-01-07949-CV) |
| DAMIAN, | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was reversible error in the judgment. We therefore reverse the judgment of the court below and render judgment dismissing all of Appellees' state-law-tort claims against Adam De La Garza.

We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF FEBRUARY, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.